USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/06/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------------------x

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 67**

JESSE M. FURMAN, United States District Judge:

On June 30, 2015, Sonia Davidson (Plaintiff in member case 15-CV-2708) filed a motion for reconsideration of Order No. 61, arguing that her Complaint was improperly listed as containing economic loss claims subject to dismissal without prejudice under Order No. 50.  (14-MD-2543 Docket No. 1097).  As indicated in Order No. 50, any plaintiff seeking to reinstate his or her claims, upon good cause shown, may file a motion within fourteen days of the entry of the order providing for dismissal.  (14-MD-2543 Docket No. 875).  Thus, any other such motions with respect to Order No. 61, filed on June 29, 2015, must be filed no later than **July 13, 2015.**

Any party wishing to oppose a motion or motions filed pursuant to the preceding paragraph shall file one consolidated opposition no later than **two weeks** after the deadline for the motions' submission under Order No. 50 (in this instance, **July 27, 2015**).  Any replies shall be filed **one week** thereafter, no later than **August 3, 2015.**  The same deadlines for motion practice shall apply to any future motion to reinstate filed pursuant to Order No. 50.

SO ORDERED.

Dated: July 2, 2015
       New York, New York

_____
JESSE M. FURMAN
United States District Judge